Vesta NOLES, Plaintiff–Appellant,

v.

CITY OF GUNTERSVILLE, ALABAMA, Defendant–Appellee.

No. 13–12277
Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Dec. 31, 2013.

Hugh M. Flanagan, Oliver W. Long, Stephen Wright Williams, Long Flanagan & McDonald, LLC, Guntersville, AL, for Plaintiff–Appellant.

David J. Canupp, George W. Royer, Jr., Lanier Ford Shaver & Payne, PC, Huntsville, AL, for Defendant–Appellee.

Before TJOFLAT, JORDAN, and HILL, Circuit Judges.

PER CURIAM:

Having reviewed the record and considered the arguments of the parties contained in their briefs, we affirm the district court in all respects related to this appeal for the reasons stated by the district court.

AFFIRMED.